■ DAVID WEINER, Individually and as Administrator of the Estate of DALE J. KORN, Deceased, v LENOX HILL HOSPITAL, Appellant, et al., Defendant. [638 NYS2d 909] —Order, Supreme Court, New York County (Louis York, J.), entered on or about March 20, 1995, unanimously affirmed for the reasons stated by York, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Ellerin, Rubin and Kupferman, JJ. [See, 164 Misc 2d 759.]

■ BARBARA HARTIGAN, Respondent, v GEORGE KURIAN et al., Appellants, et al., Defendant. [638 NYS2d 33] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered on or about June 27, 1995, which, inter alia, denied defendants Kurian and Palmer's motion for a change of venue to Westchester County pursuant to CPLR 510 (3), unanimously affirmed, with costs.

A motion to change venue on the ground of the convenience of witnesses is addressed to the sound discretion of the trial court (see, Pittman v Maher, 202 AD2d 172, 176). The general statements of several nonparty post-operative treating physicians that it would be more convenient for them to testify in Westchester County, rather than Bronx County, are insufficient to warrant a change of venue (see, Clark v New Rochelle Hosp. Med. Ctr., 170 AD2d 271), especially in view of the long delay in making the motion. Concur—Sullivan, J. P., Milonas, Ellerin, Rubin and Kupferman, JJ.